159 A.3d 945

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Khalil Otha ABDUL HAKIM, Petitioner**

**No. 210 WAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.